762 A.2d 1085

**John W. SIEKIERDA, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.**

Supreme Court of Pennsylvania.

Dec. 22, 2000.

## ORDER

PER CURIAM:

AND NOW, this 22nd day of December, the order of the common pleas court is REVERSED, and the matter is remanded for further proceedings consistent with *Commonwealth v. McCafferty,* 563 Pa. 46, 758 A.2d 1155 (2000), and

*Harrington v. Commonwealth,* 563 Pa. 565, 763 A.2d 386 (2000).

Justice CAPPY files a concurring statement.

CAPPY, Justice, concurring.

I join the per curiam reversal and remand for the reasons set forth more fully in my concurring opinion in *Harrington v. Commonwealth, Dep't of Transp.,* 563 Pa. 565, 763 A.2d 386 (2000).